UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

FRANCES DOWNS,

    Plaintiff,

v.

GEBCO MACHINE, INCORPORATED,
and GEORGE VOGELER,

    Defendants.                    No. 11-cv-153-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on May 13, 2013, this case is **DISMISSED** with prejudice.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:     /s/*Sara Jennings*
        Deputy Clerk

Dated:  July 16, 2013

Digitally signed by
David R. Herndon
Date: 2013.07.16
17:16:17 -05'00'

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT